AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CLIFF SCHNEIDERMAN**
was received by me on *(date)* **12/27/17**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **DENISE WAHLEN** , who is
designated by law to accept service of process on behalf of *(name of organization)* **LIBERTY MOVING & STORAGE CO. INC** on *(date)* **JANUARY 3, 18** or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **60.00** for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1/8/2018**

Server's signature

**CLIFF SCHNEIDERMAN**
Printed name and title

**204 ERIK DR, SETAUKET, NY 11733**
Server's address

Justine D. Justiniano
Notary Public, State of New York
No. 01JU5054451, Suffolk County
Commission Expires, January 16 20__

Additional information regarding attempted service, etc: